IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WALT WINSTON,** *individually and on behalf of all others similarly situated,* | ) ) ) ) |
| Plaintiff, | ) Case No.: 3:23-cv-915-DWD |
| vs. | ) ) |
| **UNIFIN INC.,** | ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

 **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of July 24, 2023 (Doc. 16) reflecting settlement between the parties, as well as the Court Order entered on July 28, 2023 (Doc. 18), this action is **DISMISSED with prejudice** with each party to bear its own costs and fees.

 **IT IS SO ORDERED.**

 **DATED: July 28, 2023**

                                                                **MONICA A. STUMP, Clerk of Court**

                                                                *s/ Dana M. Winkeler*
                                                                **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**